FILED
OCT 18 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Leadstak, LLC, a California limited liability company;<br>George Hernandez, an individual.<br><br>　　　　Defendant. | Civil Case No. 19-cv-1931-BAS-MSB<br><br>**PROOF OF SERVICE ON LEADSTAK, LLC, A CALIFORNIA LIMITED LIABILTY COMPANY WITHIN THE UNITED STATES** |

I, Jocelyn Segura, declare as follows:

1. At the time of service, I was at least 18 years of age and **not a party to this lawsuit**.

2. I served copies of the summons, complaint, Notice of a Lawsuit and Request to Waive Service of a Summons, Civil Cover Sheet, Waiver of Service of Summons, and Self Addressed Stamped Envelope (hereinafter referred to as "copies").

3. I served the defendant Leadstak, LLC, a California limited liability company.

4. I served the copies on October 7, 2019 by:

   a. **Mail Service on a Defendant located inside California** in compliance with the California Code of Civil Procedure. I mailed copies to the defendant, located inside of California, via certified or registered mail, first class postage prepared to:

   **Leadstak, LLC, a California limited liability company, 3419 Via Lido #225, Newport Beach, CA 92663 Tracking# 9590 9402 5073 9092 0634 42**

   A copy of the signed return receipt is attached.

5. My name, address, and telephone number are: Jocelyn Segura, 3077 B Clairemont Drive, San Diego, CA 92117. 619-847-3572

6. I am a registered California process server with license number 3237.

1  I declare under penalty of perjury that the foregoing is true and correct.

2
3  Executed on October 18, 2019 in the county of San Diego, CA.

4
5  _____
   Jocelyn Segura, #3237
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PROOF OF SERVICE

AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing

*Plaintiff*

V.

Leadstak, LLC, a California limited liability company,
George Hernandez, an individual

*Defendant*

Civil Action No. 19cv1931BAS-MSB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
George Hernandez, an individual
3414 Via Lido #225
Newport Beach, CA 92663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/4/19

John Morrill
*CLERK OF COURT*

S/           S. Dunbar
*Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action (Page 2)

**Civil Action No.** 19cv1931BAS-MSB                     Date Issued: 10/4/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* George Hernandez, an individual was received by me on *(date)* 10/18/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: See attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 10/18/2019

Jocelyn Segura
Server's Signature

Jocelyn Segura; CA Reg. Process Server #3232
Printed name and title

3077 Clairemont Dr. #372
San Diego, CA 92117
Server's address

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.