

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing

Plaintiff,

V.

Leadstak, LLC; George Hernandez

Defendant.

Civil Action No.  19-cv-01931-BAS-MSB

**DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff's Motion for Default Judgment on Counts 1 through 4 only (ECF No. 15) and ORDERS the Clerk of the Court to enter judgment in favor of Plaintiff and against both Defendants in the amount of $3,000. Defendants are jointly and severally liable for this amount. The case is hereby closed

Date:    4/9/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ J. Olsen

J. Olsen, Deputy